UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20412

21 U.S.C. § 963
21 U.S.C. § 853

Middlebrooks/Garber

UNITED STATES OF AMERICA

vs.

RAMON ANTONIO DEL ROSARIO PUENTE,
JEIFRY DEL ROSARIO GAUTIER, and
DARYS JOSE BAEZ MELO,

       Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

From at least as early as in or around March 2017, and continuing through the date of the return of this Indictment, in the country of the Dominican Republic, and elsewhere, the defendants,

**RAMON ANTONIO DEL ROSARIO PUENTE,
JEIFRY DEL ROSARIO GAUTIER, and
DARYS JOSE BAEZ MELO,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators

reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RAMON ANTONIO DEL ROSARIO PUENTE, JEIFRY DEL ROSARIO GAUTIER, and DARYS JOSE BAEZ MELO,** have an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

F

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
KEVIN S. QUENCER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| RAMON ANTONIO DEL ROSARIO PUENTE et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)   Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

_X_ Miami   ____ Key West
____ FTL   ____ WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take _3-4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to  5 days    _x_         Petty      ____
   II   6 to 10 days    ____        Minor      ____
   III  11 to 20 days   ____        Misdem.    ____
   IV   21 to 60 days   ____        Felony     _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?   (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _x_ No

_____
KEVIN S. QUENCER
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501891

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  RAMON ANTONIO DEL ROSARIO PUENTE

**Case No:** _____

Count: 1

Conspiracy to Distribute a Controlled Substance, Knowing or Having Reasonable Cause to Believe that the Controlled Substance would be Unlawfully Imported

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JEIFRY DEL ROSARIO GAUTIER

**Case No:** _____

Count: 1

Conspiracy to Distribute a Controlled Substance, Knowing or Having Reasonable Cause to Believe that the Controlled Substance would be Unlawfully Imported

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   DARYS JOSE BAEZ MELO

**Case No:** _____

Count: 1

Conspiracy to Distribute a Controlled Substance, Knowing or Having Reasonable Cause to Believe that the Controlled Substance would be Unlawfully Imported

Title 21, United States Code, Section 963

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**