UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20412-CR-MIDDLEBROOKS(s)(s)

UNITED STATES OF AMERICA,

vs.

DARYS JOSE BAEZ MELO,

Defendant.
_____/

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States of America for the Southern District of Florida hereby

dismisses without prejudice the second superseding Indictment as to defendant DARYS JOSE

BAEZ MELO.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 3/16/21

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT JUDGE

cc:     U.S. Attorney (Richard E. Getchell, AUSA)
        U.S. Marshal